IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANN MARIE HAGERTY, as Executrix of Estate of Marie T. Cooke, and CHARLES W. HULL, as Attorney-In-Fact for Margaret F. Hull, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JAMES C. GAFFORD, et al., | ) ) |
| Defendants. | ) |

No. 3:15-cv-00584

Judge Nixon
Magistrate Judge Holmes

JURY DEMAND

## ORDER

Upon the parties' signed Order of Dismissal with Prejudice (Doc. No. 22), this case is hereby **DISMISSED with prejudice,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the 4th day of January, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT